John Buse (*pro hac vice*, CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:   (323) 533-4416
Fax:             (415) 436-9683
jbuse@biologicaldiversity.org

Attorneys for Plaintiff
CENTER FOR BIOLOGICAL DIVERSITY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiff<br><br>vs.<br><br>KEN SALAZAR, Secretary of the Interior, and UNITED STATE FISH AND WILDLIFE SERVICE,<br><br>          Defendants. | Civil Case No. 10-CV-00106-JJM<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Fed. R. Civ. P. 41(a) |

Notice of Voluntary Dismissal             1

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Center for Biological Diversity voluntarily dismisses the above-captioned action without prejudice.

Dated: April 12, 2010.          Respectfully submitted,

                                          s/ John Buse
                                          John Buse (*pro hac vice*, CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (323) 533-4416
Facsimile: (415) 436-9683
Email: jbuse@biologicaldiversity.org

Attorney for Plaintiff
CENTER FOR BIOLOGICAL DIVERSITY

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John Martin                                                          Attorney for Defendants
john.h.martin@usdoj.gov


                                                                                                        s/ John Buse
                                                                                                        John Buse